**Samuel BLACKBURN, Plaintiff–Appellant,**

v.

**John ASHCROFT, Attorney General; Harold Wankel; Stephen H. Greene, Defendants–Appellees.**

No. 01–1837.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Nov. 15, 2001.

Samuel Blackburn, pro se.

Richard Parker, Rachel Celia Ballow, Office of the United States Attorney, Alexandria, VA, for appellees.

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Samuel Blackburn appeals from the district court's orders granting summary judgment for the Defendants on his employment discrimination complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Blackburn v. Ashcroft*, No. CA–00–1522–A (E.D. Va. Mar. 6, 2001 & filed June 7, 2001; entered June 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*